UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MADERE & SONS MARINE RENTAL, LLC AND DEEP SOUTH CONSTRUCTION & SALVAGE, LLC**<br>   *Plaintiffs* | §*<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.:**<br><br>**JUDGE:** |
| **VERSUS** | §<br>§ | |
| **LOBO OPERATING, INC.,**<br>   *Defendant.* | §<br>§ | **MAGISTRATE:** |

### NOTICE OF REMOVAL

Defendant Lobo Operating, Inc. ("Lobo"), defendant in the above-captioned and numbered cause, removes this matter to this Court and respectfully represents:

1. On May 3, 2023, Plaintiffs filed a Petition for Damages against Lobo in the 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, bearing Case Number 68082 and captioned *Madere & Sons Marine Rental, LLC and Deep South Construction & Salvage, LLC v. Lobo Operating, Inc.* ("Petition").

2. Lobo attaches hereto a copy of the Petition, along with all of the process, pleadings and orders of which it is aware, pursuant to 28 U.S.C. § 1446(a). Exhibit 1 (State Court docket).

3. Plaintiffs allege that they are entitled to recover from Lobo for alleged breaches of contract under Louisiana's Open Account Statute.

4. Lobo was served with the Petition on May 11, 2023. Thus, the time within which Lobo is allowed to file this Notice of Removal has not elapsed. 28 U.S.C. § 1446(b)(1).

### I.   REMOVAL IS PROPER PURSUANT TO 28 U.S.C. § 1332 AND 28 U.S.C. § 1441.

5. This Court has original jurisdiction over this action under 28 U.S.C. § 1332, in that it is a civil action wherein the amount in controversy exceeds $75,000.00, per plaintiff, exclusive

1

of interests and costs, and the suit is between citizens of different states and is, therefore, removable under the provisions of 28 U.S.C. § 1441.  *See* 28 U.S.C. § 1441(b); 28 U.S.C. § 1332(a).

### A. There is complete diversity between Plaintiffs and Lobo.

6.  As alleged, plaintiffs are now, and were at the time they filed the Petition, citizens of the State of Louisiana.  Pet., p. 1, first unnumbered paragraph.

7.  Lobo is now, and was at the time plaintiffs' Petition was filed, a corporation organized under the laws of a state other than Louisiana with its principal place of business located outside the State of Louisiana.  Specifically, Lobo is incorporated under the laws of the State of Texas, and its principal place of business is also in Texas.  Answer ¶ 2.

8.  Thus, there is complete diversity of citizenship between plaintiffs and Lobo, satisfying the requirements of 28 U.S.C. § 1332(a)(1).

### B. The amount in controversy exceeds $75,000.

9.  Plaintiff Madere & Sons Marine Rental, LLC seeks a judgment of at least $100,884.64.  Pet., p. 7, last unnumbered paragraph.

10. Plaintiff Deep South Construction & Salvage, LLC seeks a judgment of at least $951,370.45.  Pet., p. 8, first unnumbered paragraph.

11. Lobo denies any and all alleged liability to plaintiffs.  Nevertheless, plaintiffs allege damages sufficient to establish the $75,000.00 minimum amount in controversy needed to remove this action.  28 U.S.C. § 1332(a).

## II.   CONSENT OF ALL DEFENDANTS NAMED AND SERVED

12. Lobo is the only defendant to this action, thus no consent from any other party is required to remove the action.  28 U.S.C. § 1446(b)(2)(A).

## III.     REMAINING PARTIES

13.     Pursuant to L.R. 3.2 and 28 U.S.C. § 1447(b), Lobo attaches a List of Remaining as Exhibit 2 to this Removal.

WHEREFORE, Lobo prays that this cause be removed to the Eastern District of Louisiana, and that this Court take and assume full and complete jurisdiction, and that Lobo be granted such further relief as the Court may deem just and proper.

Dated:  June 9, 2023

Respectfully submitted,

**JORDAN, LYNCH & CANCIENNE PLLC**

By:  */s/ Michael Cancienne*
Michael Cancienne
State Bar No. 31085
1980 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713.955.4025
Facsimile: 713.955.9644
mcancienne@jlcfirm.com

**ATTORNEY FOR DEFENDANT LOBO OPERATING, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that promptly after the Notice of Removal was filed in this Court, a copy of the Notice of Removal was served upon plaintiffs' counsel of record via email at:

      Thomas Kent Morrison
      Matthew R. Slaughter
      PHELPS DUNBAR LLP
      Canal Place | 365 Canal Street, Ste. 2000s
      New Orleans, Louisiana 70130-6534s
      morrisok@phelps.com
      matthew.slaughter@phelps.com

and that a copy of the Notice of Removal was filed with the Clerk of the 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, as required by 28 U.S.C. §1446(e). Exhibit 3.

      Houston, Texas, this 9th day of June 2023.

      */s/ Michael Cancienne*
      Michael Cancienne