UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MADERE & SONS MARINE RENTAL, LLC, AND DEEP SOUTH CONSTRUCTION & SALVAGE, LLC** | **CIVIL ACTION NO. 2:23-CV-01996** |
| | **JUDGE LANCE M. AFRICK** |
| **VERSUS** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| **LOBO OPERATING, INC.** | |

## CONSENT JUDGMENT

Plaintiffs Madere & Sons Marine Rental, LLC and Deep South Construction & Salvage, LLC ("Plaintiffs") and Lobo Operating, Inc. ("Lobo") have agreed to the entry of a final Consent Judgement against Lobo Operating, Inc. in favor of the Plaintiffs.

It is therefore ORDERED that Judgment be entered in favor of Plaintiffs Madere & Sons Marine Rental, LLC, and Deep South Construction & Salvage, LLC in the sum of $750,000.00 against Defendant Lobo Operating, Inc.

It is FURTHER ORDERED that the claims between Plaintiffs and Defendant brought in this lawsuit are dismissed against each other, WITH PREJUDICE as to re-filing of the same save for enforcement of this Consent Judgment.

It is FURTHER ORDERED that each party shall be responsible for its own costs and fees associated with this litigation and dismissal.

This judgment finally disposes of all claims pursued by Plaintiffs against Defendant in this action. All other relief that could be pursued by Plaintiffs against Defendant in this action not ordered herein is expressly DENIED.

IN WITNESS WHEREOF, the Parties have consented to this Agreement on the 6th day of May, 2024.

SIGNED in New Orleans, Louisiana this \_\_\_\_ day of _____, 2024.

                                                        _____
                                                        JUDGE PRESIDING

**CONSENTED AND AGREED TO**
**IN FORM AND SUBSTANCE:**

    **PHELPS DUNBAR LLP**

By: */s/Thomas Kent Morrison*
    Thomas Kent Morrison (Bar #25802)
    365 Canal St., Suite 2000
    New Orleans, LA 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130
    morrisok@phelps.com

***ATTORNEY FOR PLAINTIFFS MADERE & SONS MARINE RENTAL, LLC, and DEEP SOUTH CONSTRUCTION & SALVAGE, LLC***

    **JORDAN, LYNCH & CANCIENNE PLLC**

By: */s/ Michael Cancienne*
    Michael Cancienne
    Bar No. 31085
    1980 Post Oak Blvd., Suite 2300
    Houston, Texas 77056
    Telephone: 713.955.4026
    Facsimile: 713.955.9644
    mcancienne@jlcfirm.com

***ATTORNEY FOR DEFENDANT LOBO OPERATING, INC.***