UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MADERE & SONS MARINE RENTAL, LLC, AND DEEP SOUTH CONSTRUCTION & SALVAGE, LLC** | **CIVIL ACTION NO. 2:23-CV-01996** |
| | **JUDGE LANCE M. AFRICK** |
| **VERSUS** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| **LOBO OPERATING, INC.** | |

## MOTION TO APPROVE CONSENT JUDGMENT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Madere & Sons Marine Rental, LLC and Deep South Construction & Salvage, LLC (collectively "Plaintiffs"), who respectfully move this Honorable Court to approve and enter the attached proposed Consent Judgment between Plaintiffs and Defendant Lobo Operating, Inc. ("Lobo"). Counsel for the Plaintiffs and counsel for the Defendant have reviewed and approve of the language and entry of the proposed Consent Judgment.

**WHEREFORE,** for the foregoing reasons, Plaintiffs pray that the Court approve and enter the attached Consent Judgment.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/Thomas Kent Morrison*
      Thomas Kent Morrison (Bar #25802)
      365 Canal St., Suite 2000
      New Orleans, LA 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      morrisok@phelps.com

*ATTORNEY FOR PLAINTIFFS MADERE & SONS MARINE RENTAL, LLC, and DEEP SOUTH CONSTRUCTION & SALVAGE, LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all parties using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 7th day of May, 2024.

*/s/Thomas Kent Morrison*
