# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MADERE & SONS MARINE RENTAL, LLC ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-1996** |
| **LOBO OPERATING, INC.** | **SECTION I** |

## CONSENT JUDGMENT

Considering the plaintiffs' unopposed motion[1] to approve the entry of the parties' proposed consent judgment,

**IT IS ORDERED** that the motion is **GRANTED.** Judgment shall be entered in favor of plaintiffs Madere & Sons Marine Rental, LLC, and Deep South Construction & Salvage, LLC in the sum of $750,000.00 against defendant Lobo Operating, Inc.

**IT IS FURTHER ORDERED** that each party shall be responsible for its own costs and fees associated with this litigation and dismissal.

**IT IS FURTHER ORDERED** that the claims between the plaintiffs and the defendant brought in this lawsuit are **DISMISSED WITH PREJUDICE** as to re-filing of the same, save for enforcement of this consent judgment. This judgment finally disposes of all claims pursued by the plaintiffs against the defendant in this action. All other relief that could be pursued by the plaintiffs against the defendant in this action not ordered herein is expressly **DENIED.**

---

[1] R. Doc. No. 19.

2

New Orleans, Louisiana, May 8, 2024.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**